# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STUDENTS AND PARENTS FOR PRIVACY, a voluntary unincorporated association; C.A., a minor, by and through her parent and guardian, N.A.; A.M, a minor, by and through her parents and guardians, S.M. and R.M.; N.G., a minor, by and through her parent and guardian, R.G.; A.V., a minor, by and through her parents and guardians, T.V. and A.T.V.; and B.W., a minor, by and through his parents and guardians, D.W. and V.W., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION; JOHN B. KING, JR., in his official capacity as United States Secretary of Education; UNITED STATES DEPARTMENT OF JUSTICE; LORETTA E. LYNCH, in her official capacity as United States Attorney General; and SCHOOL DIRECTORS OF TOWNSHIP HIGH SCHOOL DISTRICT 211, COUNTY OF COOK AND STATE OF ILLINOIS, <br><br> Defendants. | No. 1:16-CV-04945 <br><br> The Hon. Jorge L. Alonso, *District Judge* |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, May 31, 2016 at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel will appear before the Honorable Jorge L. Alonso, or any judge sitting in his stead, in Room 1219 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and present the Motion to Intervene as Defendants of Students A, B, and C, By and Through Their Parents and Legal Guardians, and of the Illinois Safe Schools Alliance.

| | |
|---|---|
| Dated: May 25, 2016 | Respectfully submitted, |
| | /s/ *Britt M. Miller* |
| John Knight | Britt M. Miller |
| ROGER BALDWIN FOUNDATION OF ACLU, INC. | Timothy S. Bishop |
| | Laura R. Hammargren |
| 180 North Michigan Avenue | Linda X. Shi |
| Suite 2300 | MAYER BROWN LLP |
| Chicago, IL 60601 | 71 South Wacker Drive |
| Telephone: (312) 201-9740 ext. 335 | Chicago, IL 60606 |
| Facsimile: (312) 288-5225 | Telephone: (312) 782-0600 |
| jknight@aclu-il.org | Facsimile: (312) 701-7711 |
| | bmiller@mayerbrown.com |
| | tbishop@mayerbrown.com |
| - and – | lhammargren@mayerbrown.com |
| | lshi@mayerbrown.com |
| Ria Tabacco Mar* | |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | - and – |
| 125 Broad Street,18th Floor | |
| New York, NY 10004 | Catherine A. Bernard |
| Telephone: (212) 549-2627 | MAYER BROWN LLP |
| Facsimile: (212) 549-2650 | 1999 K Street, N.W. |
| rmar@aclu.org | Washington, DC 20006-1101 |
| | Telephone: (202) 263-3000 |
| * *application for pro hac vice admission forthcoming* | Facsimile: (202) 263-3300 |
| | cbernard@mayerbrown.com |

*Counsel for Students A, B, and C, and the Illinois Safe Schools Alliance*

## CERTIFICATE OF SERVICE

I, Britt M. Miller, an attorney, hereby certify that on May 25, 2016, I caused a true and correct copy of the foregoing **NOTICE OF MOTION** as well as the **MOTION TO INTERVENE AS DEFENDANTS OF STUDENTS A, B, AND C, BY AND THROUGH THEIR PARENTS AND LEGAL GUARDIANS, AND OF THE ILLINOIS SAFE SCHOOLS ALLIANCE** and the **MEMORANDUM OF LAW IN SUPPORT OF MOTION TO INTERVENE AS DEFENDANTS OF STUDENTS A, B, C, BY AND THROUGH THEIR PARENTS AND LEGAL GUARDIANS, AND OF THE ILLINOIS SAFE SCHOOLS ALLIANCE**, to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
E-mail: bmiller@mayerbrown.com

720616504