UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **STUDENTS AND PARENTS FOR PRIVACY**, a voluntary unincorporated association; **C.A.**, a minor, by and through her parent and guardian, **N.A.**; **A.M.**, a minor, by and through her parents and guardians, **S.M.** and **R.M.**; **N.G.**, a minor, by and through her parent and guardian, **R.G.**; **A.V.**, a minor, by and through her parents and guardians, **T.V.** and **A.T.V.**; and **B.W.**, a minor, by and through his parents and guardians, **D.W.** and **V.W.**, <br><br>    Plaintiffs, <br><br>vs. <br><br>**UNITED STATES DEPARTMENT OF EDUCATION**; **JOHN B. KING, JR.**, in his official capacity as United States Secretary of Education; **UNITED STATES DEPARTMENT OF JUSTICE**; **LORETTA E. LYNCH**, in her official capacity as United States Attorney General; and **SCHOOL DIRECTORS OF TOWNSHIP HIGH SCHOOL DISTRICT 211, COUNTY OF COOK AND STATE OF ILLINOIS**. <br><br>    Defendants, <br><br>    and <br><br>**STUDENTS A**, **B**, and **C**, by and through their parents and legal guardians **Parents A**, **B**, and **C**, and the **ILLINOIS SAFE SCHOOLS ALLIANCE**, <br><br>    Intervenor-Defendants. | Case No. 1:16-cv-04945 <br><br> The Honorable Jeffrey T. Gilbert, Magistrate Judge |

**Plaintiffs' Notice of Filing Amended Expert Report**

PLEASE TAKE NOTICE, pursuant to the Court's instruction on August 3, 2016, Plaintiffs submit the Amended Expert Report of Allan M. Josephson, M.D., Exhibit 1. This Amended Expert Report replaces the report previously filed as Exhibit 1 to Plaintiffs' Reply Memorandum In Support of Their Preliminary Injunction Motion, ECF No. 94-1. The Amended Expert Report includes at paragraph 53 the information contained in Dr. Josephson's Declaration in Support of Plaintiffs' Combined Response in Opposition to Intervenor-Defendants' Motion for Sur-Reply and Limited Discovery and Defendant District 211's Motion to Strike Allegations in Plaintiffs' Reply Memorandum, ECF No. 112-2. No other material changes were made to the report.

Exhibits A and B to the Amended Expert Report are Dr. Josephson's amended CV, previously filed as ECF No. 112-1, and amended bibliography, previously filed as ECF No. 103. Exhibit C is the APA Guidelines, "Religious and Spiritual Commitments and Psychiatric Practice," previously filed as Exhibit 1 to Dr. Josephson's Declaration, ECF No. 112-2. Exhibits A, B, and C are re-submitted here without changes from the filed originals.

Respectfully submitted this 12th day of August, 2016.

|  | By: /s/ Jeremy D. Tedesco |
|---|---|
| THOMAS L. BREJCHA, IL 0288446 | JEREMY D. TEDESCO, AZ 023497* |
| PETER BREEN, IL 6271981 | JOSEPH E. LARUE, AZ 031348* |
| JOCELYN FLOYD, IL 6303312 | GARY S. MCCALEB, AZ 018848* |
| **THOMAS MORE SOCIETY** | **ALLIANCE DEFENDING FREEDOM** |
| 19 S. La Salle Street, Suite 603 | 15100 N. 90th Street |
| Chicago, IL 60603 | Scottsdale, Arizona 85260 |
| (312) 782-1680 | (480) 444-0020 |
| (312) 782 -1887 Fax | (480) 444-0028 Fax |
| tbrejcha@thomasmoresociety.org | jtedesco@adflegal.org |
| pbreen@thomasmoresociety.org | jlarue@adflegal.org |
| jfloyd@thomasmoresociety.org | gmccaleb@adflegal.org |

1

J. MATTHEW SHARP, GA 607842*
**ALLIANCE DEFENDING FREEDOM**
1000 Hurricane Shoals Road NE
Suite D-1100
Lawrenceville, Georgia 30043
(770) 339-0774
(770) 339-6744 Fax
msharp@adflegal.org


*Admitted Pro Hac Vice

*Attorneys for Plaintiffs*

THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED

2

## CERTIFICATE OF SERVICE

       I hereby certify that on August 12, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record who are registered users of the ECF system:

Patrick M. DePoy
Erin D. Fowler
Sally J. Scott
Jennifer A. Smith
Michael A. Warner, Jr.
FRANCZEK RADELET P.C.
300 S. Wacker Drive, Suite 3400
Chicago, IL 60606

*Attorneys for Defendant Board of Education of Township High School District No. 211*

Megan Anne Crowley
Sheila Lieber
UNITED STATES DEPARTMENT OF JUSTICE,
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
20 Massachusetts Ave., N.W.
Washington, DC 20001

Benjamin L. Berwick
UNITED STATES DEPARTMENT OF JUSTICE,
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1 Courthouse Way, Suite 9200
Boston, MA 02210

*Attorneys for Defendants United States Department of Education, John B. King, Jr., United States Department of Justice, and Loretta E. Lynch*

Britt M. Miller
Laura R. Hammargren
Linda X. Shi
Timothy S. Bishop
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606

Catherine A. Bernard
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006

John A. Knight
ROGER BALDWIN FOUNDATION OF ACLU, INC.
180 N. Michigan, Suite 2300
Chicago, IL 60601

Ria Tabacco Mar
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004-2400

*Attorneys for Intervenor Defendants Students A, B, and C, and the Illinois Safe Schools Alliance*

                                    By: /s/ Jeremy D. Tedesco
                                            JEREMY D. TEDESCO
                                            *Attorney for Plaintiffs*