UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **STUDENTS AND PARENTS FOR PRIVACY**, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> **SCHOOL DIRECTORS OF TOWNSHIP HIGH SCHOOL DISTRICT 211, COUNTY OF COOK AND STATE OF ILLINOIS**, <br><br> Defendant, <br><br> and <br><br> **STUDENTS A**, **B**, and **C**, by and through their parents and legal guardians **Parents A**, **B**, and **C**, and the **ILLINOIS SAFE SCHOOLS ALLIANCE**, <br><br> Intervenor-Defendants. | **Case No. 1:16-cv-04945** <br><br> **The Honorable Jorge L. Alonso** |

**JOINT STATUS REPORT**

Plaintiffs filed their Complaint for Injunctive and Declaratory Relief on May 4, 2016 (ECF No. 1) and the parties litigated the ensuing motion for preliminary injunction (ECF No. 21), which relief was ultimately denied by this Court via its Memorandum Opinion and Order of December 29, 2017 (ECF No. 191). Per this Court's Minute Entry of January 25, 2018 (ECF No. 195), Plaintiffs filed their First Amended Complaint on February 15, 2018 (ECF No. 197).

The Defendant School Directors of Township High School District 211 responded by moving to dismiss the amended complaint on April 2, 2018 (ECF No. 202), as did the Intervenor-Defendants (ECF No. 204). Those motions to dismiss are now fully briefed, with

various supplemental authorities appropriately submitted, and the motion is pending this Court's decision.

Per this Court's Minute Entry of April 9, 2018 (ECF No. 210), a status conference is set for August 30, 2018 at 9:30 a.m. The parties respectfully note that judicial efficiency may be served by striking that status conference date, which may be reset should the Court deny the motion to dismiss.

Respectfully submitted this the 23rd day of August, 2018.

By: /s/ Gary S. McCaleb

THOMAS L. BREJCHA, IL 0288446
PETER BREEN, IL 6271981
THOMAS OLP, IL 3122703
**THOMAS MORE SOCIETY**
19 S. La Salle Street, Suite 603
Chicago, IL 60603
(312) 782-1680
(312) 782 -1887 Fax
tbrejcha@thomasmoresociety.org
pbreen@thomasmoresociety.org
tolp@thomasmoresociety.org

J. MATTHEW SHARP, GA 607842*
**ALLIANCE DEFENDING FREEDOM**
1000 Hurricane Shoals Road NE
Suite D-1100
Lawrenceville, Georgia 30043
(770) 339-0774
(770) 339-6744 Fax
msharp@adflegal.org

DOUGLAS G. WARDLOW, AZ 032028*
14033 Commerce Ave. NE #300-310
Prior Lake, MN 55372
(612) 840-8073
dwardlowlaw@gmail.com

GARY S. MCCALEB, AZ 018848*
JEANA HALLOCK, AZ 032678*
**ALLIANCE DEFENDING FREEDOM**
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
(480) 444-0028 Fax
gmccaleb@adflegal.org
jhallock@adflegal.org

*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

| | |
|---|---|
| /s/ Michael A. Warner (with permission) | /s/ Laura R. Hammargren (with permission) |
| | |
| Erin D. Fowler | Britt M. Miller |
| Sally J. Scott | Laura R. Hammargren |
| Jennifer A. Smith | Linda X. Shi |
| Michael A. Warner, Jr. | Timothy S. Bishop |
| FRANCZEK RADELET P.C. | MAYER BROWN LLP |
| 300 S. Wacker Drive, Suite 3400 | 71 South Wacker Drive |
| Chicago, IL 60606 | Chicago, IL 60606 |
| | |
| Patrick M. DePoy | Catherine A. Bernard |
| Bryan Cave Leighton Paisner LLP | MAYER BROWN LLP |
| 161 N. Clark Street | 1999 K Street, N.W. |
| Suite 4300 | Washington, DC 20006 |
| Chicago, IL 60601 | |
| | John A. Knight |
| *Attorneys for Defendant Board of Education of Township High School District No. 211* | ROGER BALDWIN FOUNDATION OF ACLU, INC. |
| | 150 N. Michigan Ave., Suite 600 |
| | Chicago, IL 60601 |
| | |
| | Ria Tabacco Mar |
| | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| | 125 Broad Street, 18th Floor |
| | New York, NY 10004-2400 |
| | |
| | *Attorneys for Intervenor Defendants Students A, B, and C, and the Illinois Safe Schools Alliance* |

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record who are registered users of the ECF system:

Erin D. Fowler
Sally J. Scott
Jennifer A. Smith
Michael A. Warner, Jr.
FRANCZEK RADELET P.C.
300 S. Wacker Drive, Suite 3400
Chicago, IL 60606

Patrick M. DePoy
Bryan Cave Leighton Paisner LLP
161 N. Clark Street
Suite 4300
Chicago, IL 60601

*Attorneys for Defendant Board of Education of Township High School District No. 211*

Britt M. Miller
Laura R. Hammargren
Linda X. Shi
Timothy S. Bishop
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606

Catherine A. Bernard
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006

John A. Knight
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 N. Michigan Ave., Suite 600
Chicago, IL 60601

Ria Tabacco Mar
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004-2400

*Attorneys for Intervenor Defendants Students A, B, and C, and the Illinois Safe Schools Alliance*

By: /s/ Gary S. McCaleb
GARY S. MCCALEB
*Attorney for Plaintiffs*