# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Students and Parents for Privacy, et al.

                                        Plaintiff,

v.                                                Case No.: 1:16–cv–04945

                                                Honorable Jorge L. Alonso

United States Department of Education, et al.

                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 24, 2018:

     MINUTE entry before the Honorable Jorge L. Alonso: Status hearing previously set for 8/30/18 is stricken and reset to 1/24/19 at 9:30 a.m. Notices mailed by judge's staff(ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.