UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **STUDENTS AND PARENTS FOR PRIVACY**, a voluntary unincorporated association; and **VICTORIA WILSON**,<br><br>Plaintiffs,<br><br>vs.<br><br>**SCHOOL DIRECTORS OF TOWNSHIP HIGH SCHOOL DISTRICT 211, COUNTY OF COOK AND STATE OF ILLINOIS**,<br><br>Defendants,<br><br>and<br><br>**STUDENTS A**, **B**, and **C**, by and through their parents and legal guardians **Parents A**, **B**, and **C**, and the **ILLINOIS SAFE SCHOOLS ALLIANCE**,<br><br>Intervenor-Defendants. | **Case No. 1:16-cv-04945**<br><br>**The Honorable Jorge L. Alonso** |

**Plaintiffs' Notice of Dismissal**

As no answer nor motion for summary judgment has been served by the opposing parties in this case, Plaintiffs respectfully notify the Court that they have voluntarily dismissed the instant case pursuant to Fed. R. Civ. P. 41(a)(1).

1

Respectfully submitted this 12th day of April, 2019.

|  |  |
|---|---|
|  | By: /s/ Gary S. McCaleb |
| THOMAS L. BREJCHA, IL 0288446 | GARY S. MCCALEB, AZ 018848* |
| PETER BREEN, IL 6271981 | JEANA HALLOCK, AZ 032678* |
| THOMAS OLP, IL 3122703 | **ALLIANCE DEFENDING FREEDOM** |
| **THOMAS MORE SOCIETY** | 15100 N. 90th Street |
| 19 S. La Salle Street, Suite 603 | Scottsdale, Arizona 85260 |
| Chicago, Illinois 60603 | (480) 444-0020 |
| (312) 782-1680 | (480) 444-0028 Fax |
| (312) 782-1887 Fax | gmccaleb@adflegal.org |
| tbrejcha@thomasmoresociety.org | jhallock@adflegal.org |
| pbreen@thomasmoresociety.org |  |
| tolp@thomasmoresociety.org | J. MATTHEW SHARP, GA 607842* |
|  | **ALLIANCE DEFENDING FREEDOM** |
|  | 1000 Hurricane Shoals Road NE |
|  | Suite D-1100 |
|  | Lawrenceville, Georgia 30043 |
|  | (770) 339-0774 |
|  | (770) 339-6744 Fax |
|  | msharp@adflegal.org |
|  |  |
|  | DOUGLAS G. WARDLOW, AZ 032028* |
|  | 14033 Commerce Avenue NE |
|  | #300-310 |
|  | Prior Lake, Minnesota 55372 |
|  | (612) 840-8073 |
|  | dwardlowlaw@gmail.com |
|  |  |
|  | *Admitted *Pro Hac Vice* |

*Attorneys for Plaintiffs*

2

3

## CERTIFICATE OF SERVICE

  I hereby certify that on April 12, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                By: /s/ Gary S. McCaleb
                  GARY S. MCCALEB
                  *Attorney for Plaintiffs*